IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| MICHAEL B. JOHNSON, <br><br> Plaintiff(s), <br><br> v. <br><br> SCHLUMBERGER TECHNOLOGY CORPORATION, a foreign corporation, <br><br> Defendant(s)/ <br> Third-Party Plaintiff(s), <br><br> v. <br><br> Third-Party Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:19-cv-0033 |

DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant,
(type of party)
who is Schlumberger Technology Corporation, makes the following disclosure:
(name of party)

Page 1 of 2

1. Is the party a non-governmental corporate party?

    ☒ YES       ☐ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

No such corporation.

3. If the answer to Number 1 is "yes," list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No such corporation.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

/s/ Marla N. Presley
Signature of Counsel for Party

Date: May 8, 2019