IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| MICHAEL B. JOHNSON, ) | |
| ) | Civil Action No. 2:19-cv-00033-TSK |
| Plaintiff, ) | |
| ) | *ELECTRONICALLY FILED* |
| v. ) | |
| ) | |
| SCHLUMBERGER TECHNOLOGY ) | |
| CORPORATION, a foreign corporation ) | |
| ) | |
| Defendant. ) | |

**AGREED DISMISSAL ORDER**

COMES NOW Plaintiff, Michael B. Johnson, by counsel, Erika Klie Kolenich, and the Defendant, Schlumberger Technology Corporation, a foreign corporation, by counsel Marla N. Presley, and represent to the Court that they have settled all claims and controversies asserted in this civil action.

WHEREFORE, the Court hereby **ORDERS** that all claims asserted in the above-referenced civil action are **DISMISSED**, with prejudice. The Court further **ORDERS** that this case be removed from the docket.

The Court further **DIRECTS** the Clerk of the Court to send certified copies of this Order to counsel of record.

ENTERED on this the 27th day of   February   , 2020.

_____
Honorable Thomas S. Kleeh

1

**Prepared and Submitted by:**

*/s/ Erika Klie Kolenich*
Erika Klie Kolenich, Esq.  (9880)
Klie Law Offices, PLLC
85 W. Main Street
Buckhannon, WV 26201
(304) 472-5007
Facsimile:  304-472-1126
ehklie@klielawoffices.com


**Reviewed and approved by:**

*/s/ Marla N. Presley*
Marla N. Presley, Esq. (9771)
Jackson Lewis P.C.
1001 Liberty Avenue, Suite 100
Pittsburgh, PA 15222
412-232-3441
Fax: 412-232-3441
marla.presley@jacksonlewis.com